# EXHIBIT A

# *In The Matter Of:*

## Beatrice Kelly v. Metropolitan Group Property and Casualty Insurance Company

### Beatrice Kelly

### August 22, 2018



Carroll
Court Reporting and Video

Beatrice Kelly
August 22, 2018

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

BEATRICE KELLY and RALPH KELLY,

    Plaintiffs,

vs.                  Case No. 2:18-cv-10982

                     Hon. Gershwin A. Drain

                     Magistrate Judge R. Steven Whalen

METROPOLITAN GROUP PROPERTY AND CASUALTY

INSURANCE COMPANY,

    Defendant.

_____/

    The Deposition of BEATRICE KELLY taken in the above-entitled matter before Stenograph Reporter, Ruth L. Tossey, CSR-5392, Notary Public in and for the County of Oakland, at Melamed, Dailey, Levitt & Milanowski, PC, 26611 Woodward Avenue, in the City of Huntington Woods, Michigan, on August 22, 2018, commencing at or about the hour of 10:00 a.m.

Carroll Court Reporting
586-468-2411

Beatrice Kelly
August 22, 2018

Page 2

1   APPEARANCES:
2
3           MELAMED, DAILEY, LEVITT & MILANOWSKI, PC
4           BY:   JOSEPH L. MILANOWSKI (P47335)
5           26611 Woodward Avenue
6           Huntington Woods, Michigan 48070
7           (248) 591-5000
8           Appearing on behalf of the Plaintiffs
9
10          SEGAL MCCAMBRIDGE SINGER & MAHONEY
11          BY:   KERRY LYNN RHOADS (P55679)
12          29100 Northwestern Highway, Suite 240
13          Southfield, Michigan 48034
14          (248) 994-0060
15          Appearing on behalf of the Defendant
16
17
18
19
20
21
22
23
24
25

Beatrice Kelly
August 22, 2018

Page 22

1  Q  How many times did you review it?
2  A  **One time.**
3  Q  Was there anything that you wanted to change within that
4     transcript?
5  A  **No.**
6  Q  Did you tell the truth during that transcript or during
7     that Examination?
8  A  **Yes.**
9  Q  Did you also review those application calls during that
10    meeting?
11 A  **Yes.**
12 Q  Was there anything that you wanted to change about those
13    calls?
14 A  **No.**
15 Q  Were you truthful during those calls?
16 A  **Yes.**
17 Q  Were you truthful in your letter to the City?
18 A  **Yes.**
19 Q  And that's the City of Eastpointe, just to be clear?
20 A  **Yes.**
21 Q  You were represented by a different attorney at the time
22    of your Examination; correct?
23 A  **Yes.**
24 Q  When you reviewed the transcript, were there any
25    questions that you felt that you did not understand at

Carroll Court Reporting
586-468-2411

Beatrice Kelly
August 22, 2018

Page 23

| | | |
|---|---|---|
| 1 | | the time that I asked them? |
| 2 | A | I don't think so. |
| 3 | Q | Did you have renter's insurance at the Angel Falls |
| 4 | | address? |
| 5 | A | Yes. |
| 6 | Q | Through whom? |
| 7 | A | For me. |
| 8 | Q | From whom? |
| 9 | A | Oh, from, I don't know. |
| 10 | Q | Did you ever make a claim on that policy? |
| 11 | A | No. |
| 12 | Q | Did you have it the entire time that you lived at the |
| 13 | | Angel Falls address? |
| 14 | A | Yes. |
| 15 | Q | I think you told me that you have Allstate presently; |
| 16 | | correct? |
| 17 | A | Yes. |
| 18 | Q | Do you have any paperwork that would identify the rental |
| 19 | | insurance? |
| 20 | A | Do I have paperwork here? |
| 21 | Q | Obviously not here -- well, maybe.  Anywhere? |
| 22 | A | I should have it somewhere. |
| 23 | Q | Where is Melaundra Floyd presently living? |
| 24 | A | I don't know. |
| 25 | Q | When is the last time that you talked to her? |

Beatrice Kelly
August 22, 2018

Page 25

1  Q  When I took your Examination, you thought that there
2     would be a calendar or schedule that you could look at
3     that would tell you when you were back in Michigan in
4     2016 before this loss. Did you ever find that
5     information?
6  A  I don't think I looked for it.
7  Q  Would you still have that information?
8  A  I think just based on the calendars, those things were
9     lost. It doesn't carry over from, you know, 2014 was a
10    while ago, I'm not sure.
11 Q  2016 was the year of the loss.
12 A  You said the year 2016, I would have to check.
13 Q  When you say calendar, are you talking about on your
14    phone, a paper calendar, a work calendar, Google
15    calendar?
16 A  A subset of a home calendar, you know.
17 Q  When we were last together, we talked about a contents
18    list and we'll mark this as Exhibit A of your deposition
19    today. I'm going to show you what we'll mark -- I have
20    a copy for you -- this is bate-stamped Met 00525.
21                          (Deposition Exhibit A
22                          marked for identification)
23 BY MS. RHOADS:
24 Q  Have you updated, changed or done anything with the
25    contents list since we last met?

Carroll Court Reporting
586-468-2411

Beatrice Kelly
August 22, 2018

Page 26

1   A   No.
2   Q   And do you agree that these were your personal items in
3       the home at the time of this loss, other than the
4       dumpster, so really up to the first inventory total is
5       what I'm talking about?
6   A   Yes.
7   Q   Yes? Those were your items contained within the home?
8   A   Yes, at the time.
9   Q   At the time of the December 2016 loss?
10  A   I believe so, correct.
11  Q   So any other personal contents in the home at the time
12      of this loss would have been Melaundra's and
13      Cassandra's?
14  A   Yeah. I think this is a good list of the larger --
15      large items that I had. I had some items in the garage.
16  Q   What did you have in the garage?
17  A   My tires, some kid's stuff and a bed.
18  Q   And did you retrieve those from the home?
19  A   No.
20  Q   You left them there?
21  A   We dumped them out.
22  Q   Were they damaged in this fire?
23  A   I think. I don't remember if they were damaged, but --
24      I don't remember.
25  Q   So you just got rid of them?

Beatrice Kelly
August 22, 2018

Page 27

1   A    I did.

2   Q    But those that are on Exhibit A, those would have been
3        within the home at the time of the fire; correct?

4   A    Yes, I believe so.

5   Q    Was the garage connected or disconnected from the home?

6   A    Connected.

7   Q    How did you access the garage from the home?

8   A    You have to go outside.

9   Q    So how is it connected then?

10   A    It's attached, but you have to go outside.

11   Q    Do you know if the garage was damaged at all in this
12        fire?

13   A    I don't know, I can't remember.

14   Q    Was there anything else inside the home, not the garage,
15        inside the home other than what we marked as Exhibit A
16        that was yours?

17   A    I might have some pictures, family pictures that I took
18        when I was there.

19   Q    Anything else?

20   A    I might have had a coat. Just some small items, I don't
21        really remember.

22   Q    Anything other than a coat?

23   A    I don't remember.

24   Q    So back to my original question, anything else in the
25        home other than what's on Exhibit A, some family

Carroll Court Reporting
586-468-2411

1    pictures and a coat, would have been Melaundra's or
2    Cassandra's?
3  A  I believe so, yes.
4  Q  There's been some photographs taken, whether it be by
5    your adjuster or Judy Bird such as the shoe room. Have
6    you seen those photos?
7  A  No.
8           MS. RHOADS: I did not make copies of these.
9           MR. MILANOWSKI: Yeah, I've got black and
10   white versions, I think. I'm not sure what you sent me
11   was in color or not, but what I printed out is black and
12   white so we can use those.
13          MS. RHOADS: I'm not marking those.
14          MR. MILANOWSKI: If you want to let me --
15   which ones are you using, it seems there's a couple of
16   different sets. Whose are you looking at?
17          MS. RHOADS: I'm looking at bate-stamped 444.
18          MR. MILANOWSKI: Not the fire investigator?
19          MS. RHOADS: Nope. Judy Bird.
20          MR. MILANOWSKI: Judy Bird.
21          MS. RHOADS: Got them?
22          MR. MILANOWSKI: This is for me to follow on.
23   Yep, 444?
24          MS. RHOADS: 444, 446, Ms. Bird labeled as
25   shoe room.

1   BY MS. RHOADS:
2   Q   For example, those shoes would be Melaundra's or
3       Cassandra's?
4   A   Yes, I would assume.
5   Q   They are not yours?
6   A   They are not mine.
7   Q   Or weren't yours. There on 443, she labeled it exercise
8       room, would those personal items be Melaundra's or
9       Cassandra's, such as the exercise bike, bins, things
10      like that?
11  A   Yes.
12  Q   456, she labeled it laundry, furnace, and in both of
13      those pictures, it looks like a number of laundry items,
14      bins, etcetera, those would also be Melaundra's and
15      Cassandra's?
16  A   Yes.
17  Q   458 has a washer and dryer, would that also be
18      Melaundra's and Cassandra's?
19  A   Yes.
20  Q   460 has a TV, is that the TV on Exhibit A?
21  A   I don't know if that's the same TV, so I'm not sure.
22  Q   Your TV that you identified or your adjuster identified
23      on Exhibit A, do you remember its make, model, size,
24      anything like that?
25  A   I don't.

Beatrice Kelly
August 22, 2018

Page 30

1 Q Do you remember if it was a wall mount TV such as that
2 depicted on Page 460?
3 A **No, but I know some TVs have the stand that can come**
4 **off, so I don't know.**
5 Q Do you remember how old that TV was when you last --
6 strike that -- or purchased it?
7 A **Probably more than five years.**
8 Q Pardon me?
9 A **Five years.**
10 Q Five years at the time of the loss or five years today?
11 A **Probably more than five years at the time of the loss.**
12   MR. MILANOWSKI: Kerry, real quick. I noticed
13 on 462 and 463, I've got a picture of a bedroom that's
14 got a TV.
15   MS. RHOADS: That's what I got next.
16   MR. MILANOWSKI: You're way ahead of me.
17 BY MS. RHOADS:
18 Q Your counsel is correct, that's the next photograph I
19 have is 462. I'll call it the blue bedroom because on
20 the color version the walls are blue. There is a TV on
21 a dresser, do you know if that could be your TV?
22 A **I don't know.**
23 Q Is the dresser Melaundra and Cassandra's?
24 A **I imagine so.**
25 Q 463, also within the blue bedroom, there are clothing

Carroll Court Reporting
586-468-2411

Beatrice Kelly
August 22, 2018

Page 31

1      items, would those be either Melaundra's or Cassandra's?
2  A   I imagine so.
3  Q   Do you know which room each lady slept in?
4  A   No.
5           MR. MILANOWSKI:  Real quick, since you got the
6      color version, is 464 there's a TV, is that still the
7      blue room or is it the same room?
8           MS. RHOADS:  No, we are going to the yellow
9      room next.
10          MR. MILANOWSKI:  Because it looks like a third
11     TV.
12 BY MS. RHOADS:
13 Q   Now we're on 464 and I'll call it the yellow room or the
14     cream room, and your counsel is correct, there's a third
15     TV on a different dresser.  Do you know if that could be
16     your TV?
17 A   I don't know.  That's not my dresser.
18 Q   It is not your dresser?  I need you to say it out loud.
19 A   No, it's not my dresser.
20 Q   On the same page on the bottom, there's a bed?
21 A   That looks like Melaundra's bed.
22 Q   Melaundra's bed, and do you know if the clothing items
23     on the bed are Melaundra's or Cassandra's?
24 A   I don't know.
25 Q   466 is back to the blue bedroom.  There's a step ladder

Beatrice Kelly
August 22, 2018

Page 32

```
 1        and some more personal items, are any of those yours?
 2   A    I don't know.  No.
 3   Q    No?
 4   A    No.
 5   Q    470, I don't know if I asked you this last time, how
 6        many bathrooms were in the home at the time of the loss?
 7   A    There's one and a half.
 8   Q    So it looks like on 470, it depicts the full bath;
 9        correct?
10   A    Correct.
11   Q    Are any of the personal items depicted in that photo
12        yours?
13   A    No.
14   Q    476 takes us back to the main room, there's couches,
15        chairs, love seats, are any of those yours?
16   A    No.
17   Q    And there's a TV stand now depicted below that TV that
18        we talked about earlier, is that yours?
19   A    I don't remember.
20   Q    Now we go to the kitchen, which is on 481.  I believe
21        the stove was yours; correct?
22   A    Yes.
23   Q    That's on Exhibit A; correct?
24   A    I can't see it.
25   Q    Exhibit A?
```

1 A Oh, yes.
2 Q 484, it looks like there's a desk and a bookshelf. Are
3    the books or the desk or the shelf yours?
4 A No.
5 Q 486 has a dining room table set on a different chair
6    from that same main room, are any of those yours?
7 A This dining room set?
8 Q Yes.
9 A No.
10 Q How about the chair on the top?
11 A No.
12        MR. MILANOWSKI: That's an A instead of one?
13        MS. RHOADS: Yes.
14 BY MS. RHOADS:
15 Q Did you ever speak with Donald Tabron after your
16    Examination Under Oath?
17 A I think just to tell him that I had an Examination Under
18    Oath.
19 Q Did you ever share the denial letter with him?
20 A I believe I did, yes.
21 Q What, if anything, did he say about it?
22 A I don't remember. I don't think he said anything.
23 Q What, if anything, happened with your contract that you
24    had with Mr. Tabron?
25 A Nothing.

Beatrice Kelly
August 22, 2018

Page 38

1      I know that DTE wasn't in my name, but it was after the
2      loss, it was in my name.
3   Q  So DTE, whose name was it in then?
4   A  They don't tell you that.
5   Q  But you switched it to yours afterwards?
6   A  Uh-huh.
7   Q  Yes?
8   A  Yes, sorry.
9   Q  You're okay.  Did your policy with MetLife cancel after
10     this loss?
11  A  No.
12  Q  Is it still active?
13  A  No.  When I sold the home, the policy was paid off or
14     closed, I'm not sure.
15  Q  Ralph Kelly is listed as a plaintiff in this lawsuit,
16     was he on your policy of insurance with MetLife at the
17     time of this loss?
18  A  No.
19  Q  Was one of the calls that you looked at about taking him
20     off the policy, do you recall that?
21  A  I think it was the same call that asked if you were
22     married, I said yes, but he's not on the deed.  So I
23     know you usually don't put a spouse on the deed, on the
24     policy.
25  Q  If my recollection of those calls is that you contacted