# EXHIBIT E

|  |  |  |
|---|---|---|
|  |  | Our File No. JDG42679 |
|  |  | H 147000625-0 |
| AMT of Policy at Time of Loss | SWORN STATEMENT IN PROOF OF LOSS | Policy Number |
| Date Issued |  | AGENCY AT |
| Date Expires |  | AGENCY |

TO THE  Met Life Insurance Co  OF  Michigan

At the time of loss, by the above indicated policy of insurance, you insured  Beatrice D. Bragg

16685 Sprenger, Eastpointe MI 48021

against loss by  Fire  upon the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attatched thereto.

1. Time and Origin : A  Fire  loss occurred about _____, on  12/3/2016

The cause and origin of the said loss were :  Fire

2. Occupant : The building described, or containing the property described, was occupied at the time of the loss as follows. and for no other purpose whatever :  Residential Occupancy

3. Title and Interest : At the time of the loss the interest of your insured in the property described therein was  .  Homeowner

No other person or persons had any other interest therein or incumbrance thereon, except:  Ocwen Home Loans

4. Changes: Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy possession, location or exposure of the property described, except :  none

5. Total Insurance : The total amount of insurance upon the property described by this policy was, at the time of the loss, _____ as more particularly specified in the apportionment attached under schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

Loss Rents *OPEN*

6. The Actual Cash Value of said property at the time of the loss was................  124,904.99
7. The Whole Loss and Damage was........................................  166,371.56
8. Less Deductible and/or Participation by the Insured .........................  1,000.00
9. The Amount Claimed under the above numbered policy is .....................  125,904.99

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss ; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof. The amounts herein are contingent upon the information available to the insured and may change upon discovery of new and/or previously undiscovered damages and/or new information.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of  Ohio

County of  _____

Subscribed and sworn to before me this  9th  day of  February, 2017

KATHRYN ANNAH HOLDER
Notary Public, State of Ohio
My Commission Expires
June 7, 2021

Beatrice Kelly — Insured

Notary Public / Adjuster

0123