# *EXHIBIT F*

**From:** jbird@metlife.com
**To:** Claims_Nonsplit_OutLook
**CC:** null
**Sent:** Tue Dec 20 12:31:03 EST 2016
**Subject:** FW: JDG42679
**Attachments:**

Judy Bird | Senior Major Loss Adjuster | MetLife Auto & Home® | Home Operations Team
(O) 800-854-6011 x7554 (F) 866-281-6911 (C) 847-420-6589
jbird@metlife.com

-----Original Message-----
From: Bird, Judy
Sent: Tuesday, December 20, 2016 11:28 AM
To: 'Professional Public Adjuster Services, LLC.'
Subject: RE: JDG42679

We are still investigating the way the policy was written (as a homeowners policy), so I need to hold off until this has been reviewed.
Thanks,

Judy Bird | Senior Major Loss Adjuster | MetLife Auto & Home® | Home Operations Team
(O) 800-854-6011 x7554 (F) 866-281-6911 (C) 847-420-6589 jbird@metlife.com

-----Original Message-----
From: Professional Public Adjuster Services, LLC. [mailto:publicadjusterpros@gmail.com]
Sent: Monday, December 19, 2016 12:12 PM
To: Bird, Judy
Subject: Re: JDG42679

Judy,

When should I advise the insured to expect to receive loss rent for January?

Thanks,

Donald Tabron

On Mon, Dec 19, 2016 at 10:01 AM, Bird, Judy <jbird@metlife.com> wrote:
> Thank you, stay warm,
>
> Judy Bird | Senior Major Loss Adjuster | MetLife Auto & Home® | Home
> Operations Team
> (O) 800-854-6011 x7554 (F) 866-281-6911 (C) 847-420-6589
> jbird@metlife.com
>
>
> -----Original Message-----
> From: Professional Public Adjuster Services, LLC.
> [mailto:publicadjusterpros@gmail.com]
> Sent: Monday, December 19, 2016 8:57 AM
> To: Bird, Judy

MET00220

PROFESSIONAL
PUBLIC ADJUSTER SERVICES, LLC

RESIDENTIAL PUBLIC ADJUSTING CONTRACT

I/WE HAVE READ BOTH SIDES OF THIS CONTRACT AND UNDERSTAND AND AGREE TO ITS TERMS
I/WE ACKNOWLEDGE HAVING RECEIVED A COPY OF THIS AGREEMENT

THIS FORM IS APPROVED BY THE COMMISSIONER OF
THE OFFICE OF FINANCIAL & INSURANCE REGULATION FOR THE STATE OF MICHIGAN

MET00604