# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE KELLY, and
RALPH KELLY,

        Plaintiffs,                      Case No.  2:18-cv-10982
                                                      Hon. Gershwin A. Drain
v                                                       Magistrate Judge R. Steven Whalen

METROPOLITAN GROUP PROPERTY
AND CASUALTY INSURANCE COMPANY

        Defendant.

---

| JOSEPH L. MILANOWSKI (P47335) | KERRY LYNN RHOADS (P55679) |
|---|---|
| MELAMED, DAILEY, LEVITT & MILANOWSKI, P.C. | SEGAL McCAMBRIDGE SINGER & MAHONEY |
| Attorney for Plaintiffs | Attorney for Defendant Metropolitan |
| 26611 Woodward Avenue | 29100 Northwestern Highway, Suite 240 |
| Huntington Woods, MI 48070 | Southfield, MI 48034 |
| (248) 591-5000   (248) 541-9456 [Fax] | (248) 994-0060       (248) 994-0061 [Fax] |
| joemilanowski@mdlm-pc.com | krhoads@smsm.com |

---

## PROPOSED ORDER GRANTING DEFENDANT METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER having come before the Court on Defendant Metropolitan Group Property and Casualty Insurance Company's Motion for Summary Judgment, briefs been filed, oral argument having been heard, and the Court having been fully advised in the premises;

IT IS HEREBY ORDERED that Defendant Metropolitan Group Property and Casualty Insurance Company's Motion for Summary Judgment is granted and Plaintiff's claims in their entirety are dismissed with prejudice and without cost to any party.

*This is a final order and closes this case.*

 

 

_____
Hon. Gershwin A. Drain
U.S. District Judge