UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE KELLY and
RALPH KELLY,

    Plaintiffs,

v.

    Case No. 2:18-cv-10982
    Hon. Gershwin A. Drain
    Magistrate Judge R. Steven Whalen

METROPOLITAN GROUP
PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

| MELAMED, DAILEY, LEVITT & MILANOWSKI, P.C. | SEGAL McCAMBRIDGE SINGER & MAHONEY |
|---|---|
| By: Joseph L. Milanowski (P47335) | By: Kerry Lynn Rhoads (P55679) |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| 26611 Woodward Avenue | 29100 Northwestern Highway, Suite 240 |
| Huntington Woods, MI 48070 | Southfield, MI 48034 |
| T: (248) 591-5000  F: (248) 541-9456 | T: (248) 994-0060/F: (248) 994-0061 |
| joemilanowski@mdlm-pc.com | krhoads@smsm.com |

_____/

## **INDEX OF EXHIBITS**

**Exhibit A**    Mortgage excerpts

**Exhibit B**    Beatrice Kelly examination under oath transcript taken February 24, 2017

**Exhibit C**    Beatrice Kelly deposition transcript taken August 22, 2018

**Exhibit D**    Melaundra Floyd deposition transcript taken November 5, 2018

...
...

2

| | |
|---|---|
| **Exhibit E** | Eastpointe Fire Department Incident Report (no. 16-0004167) |
| **Exhibit F** | Denial letters dated March 20, 2017 and March 27, 2017 |
| **Exhibit G** | Home Policy (MPL 8100-000) |
| **Exhibit H** | Contents and Additional Coverages (MPL 8110-000) |
| **Exhibit I** | Causes of Property Loss (MPL 8122-000) |
| **Exhibit J** | *Durham v Auto Club Group Ins Co* |
| **Exhibit K** | *Banks v Auto Club Group Ins Co* |
| **Exhibit L** | *Miriam-Webster Dictionary Online* excerpts |