# *EXHIBIT K*

# *In The Matter Of:*

## Beatrice Kelly v. Metropolitan Group Property and Casualty Insurance Company

## Beatrice Kelly

## August 22, 2018



Carroll Court Reporting and Video

Beatrice Kelly
August 22, 2018

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

BEATRICE KELLY and RALPH KELLY,

    Plaintiffs,

vs.                Case No. 2:18-cv-10982

                    Hon. Gershwin A. Drain

                    Magistrate Judge R. Steven Whalen

METROPOLITAN GROUP PROPERTY AND CASUALTY

INSURANCE COMPANY,

    Defendant.
_____/

The Deposition of BEATRICE KELLY taken in the above-entitled matter before Stenograph Reporter, Ruth L. Tossey, CSR-5392, Notary Public in and for the County of Oakland, at Melamed, Dailey, Levitt & Milanowski, PC, 26611 Woodward Avenue, in the City of Huntington Woods, Michigan, on August 22, 2018, commencing at or about the hour of 10:00 a.m.

Carroll Court Reporting
586-468-2411

Beatrice Kelly
August 22, 2018

Page 9

| | | |
|---|---|---|
| 1 | A | Ralph Kelly. |
| 2 | Q | Is that home insured? |
| 3 | A | Yes. |
| 4 | Q | Who is it insured with? |
| 5 | A | Allstate. |
| 6 | Q | You leased the Angel Falls address; is that correct? |
| 7 | A | Yes. |
| 8 | Q | Do you recall the name of your landlord? |
| 9 | A | Chris Holt. |
| 10 | Q | Is that H-o-l-t? |
| 11 | A | Correct. |
| 12 | Q | Was he your landlord for the entire time that you were there? |
| 14 | A | Yes. |
| 15 | Q | Do you know if he still owns that home? |
| 16 | A | He sold it. |
| 17 | Q | Is that why you moved? |
| 18 | A | No. |
| 19 | Q | Why did you move? |
| 20 | A | Because we wanted to be in a home, not a townhouse. |
| 21 | Q | I'm going to try and use your last testimony just to make sure things haven't changed. So you didn't live anywhere else between 7560 Angel Falls and this address in April 2018 since the time of your Examination? |
| 25 | A | Since my Examination, I lived at Angel Falls and the |

Carroll Court Reporting
586-468-2411