# *EXHIBIT L*

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE KELLY, and          )
RALPH KELLY,                 ) Case No. 2:18-cv-10982
                             )
            Plaintiffs,      ) Judge Gershwin A. Drain
                             )
     vs.                     ) Magistrate R. Stevens
                             ) Whalen
METROPOLITAN GROUP PROPERTY  )
AND CASUALTY INSURANCE COMPANY, )
                             )
            Defendant.       )

                    - - -

        DEPOSITION OF MELAUNDRA GIBSON


        DATE:     Monday, November 5, 2018, at 10:00 a.m.

        PLACE:    Collins Reporting Service
                  615 Adams Street
                  Toledo, Ohio

        REPORTER: Lillian J. Altpeter, CSR
                  Notary Public

                    - - -

Collins Reporting Service, Inc.
615 Adams Street        Toledo, Ohio        419-255-1010

1       A       Briefly, when I first moved to Toledo, I

2   lived at 1910 Cone Street, and I probably moved there

3   maybe October 2017.  After the fire, which happened, I

4   believe it was November -- no.  Or was it December?

5       Q       December 3, 2016.

6       A       Yeah, it was early December.  December 2016.

7   Up until Cone Street I lived at 100 -- I know it's

8   Braile, 100 . . . I'm going to say 18.  It may not be

9   exact, but it was Braile Street in Detroit.

10      Q       What's the zip?

11      A       48228, I believe.

12      Q       And Braile is?

13      A       No.  It was 10014.

14      Q       And Braile is B-R-A-I-L-L-E?

15      A       One L.

16      Q       And Cone, is that C-O-H-N?

17      A       C-O-N-E.

18      Q       Who did you live with at the Cone address?

19      A       James.

20      Q       Who did you live with at the Braile address?

21      A       That was my sister, Nicole Floyd.

22      Q       Let's talk about the time leading up to the

23  fire.  You were living at the subject address, which I

24  understand to be 16085 Springer in Eastpointe, 48021?

```
1        A      Yes.

2        Q      Who were you living there with at the time

3  of the fire?

4        A      Me and my daughter, CaSandra Floyd.

5        Q      Can you spell that for us, please.

6        A      C-A capital S-A-N-D-R-A.

7        Q      And how long had you lived at the Springer

8  address up until the time of the fire?

9        A      About two years.  Maybe two and a half.

10       Q      Where did you live at before Springer?

11       A      I lived in Southgate.

12       Q      Do you recall the address there?

13       A      I believe it was 13350 Courtside Way,

14  Apartment 108.  And I'm not sure what the zip was.

15       Q      Is Courtside one word?

16       A      Yes, it was one word.

17       Q      How long did you live there?

18       A      I lived there about three or four years.

19       Q      With whom?

20       A      My daughter.

21       Q      Do you have any other children other than

22  CaSandra?

23       A      No.

24       Q      So when you refer to your daughter --
```

Page 18

1   mortgage?

2        A    $700 was the only thing I was giving her,

3   and I just gave it to her directly, and she paid the

4   mortgage company.

5        Q    Do you know what her monthly mortgage

6   payments were?

7        A    No, I don't.  That's what she told me it

8   was, so that's . . .

9        Q    Did you ever put any utilities in your name

10  at the Springer address?

11       A    Yes.

12       Q    Which ones?

13       A    All of them were in my name -- well, the

14  lights and the gas was in my name.  I think the water was

15  still in her name.

16       Q    And for what time period were they in your

17  name?

18       A    I want to say the entire time I was there.

19  I think I moved in maybe April, May 2016, until the fire.

20  I mean, no, no.  '14 is when I moved in.  2014 until the

21  fire.

22       Q    Do you know where Ms. Kelly moved to in

23  Ohio?

24       A    Angel Falls was the street.  I don't know

1    the exact -- I almost want to say 7059, but I'm not sure.

2          Q       Did you ever visit that home?

3          A       Yes.

4          Q       Can you describe it for us, please.

5          A       Hmm.  It was maybe -- it was a three-story

6    if you include the basement.  I know her bedroom was on

7    the first floor, the kids' bedroom was upstairs.  When

8    you walk in, I think the dining room and kitchen was --

9    well, if you came through the door that way, to the left

10   (indicating) then there was a den area.  I remember you

11   walk through the dining room, the kitchen, then there's a

12   den area.  You know, high ceilings.  Is that enough

13   detail?

14         Q       Sure.  She's married; correct?

15         A       Yes.

16         Q       To whom?

17         A       Ralph Kelly.

18         Q       And how many children does she have?

19         A       Two.

20         Q       Do you know their names and ages?

21         A       Ooh.  Owen Alexander Kelly, I believe, and

22   he is -- hmm, seven?  Eight?  I'm not really sure about

23   their ages.  And then Ian.  I forgot Ian's middle name.

24   And Ian is about five, maybe.

Page 22

1       Q       Understood.  Did you move items into the

2   Springer home?

3       A       Yes.

4       Q       What did you move in?

5       A       Oh, you know what?  The stove and

6   refrigerator was hers.  The stove, the refrigerator,

7   couch, TV -- okay.  So I moved in living room furniture,

8   dining room furniture, a couple bookshelves, two

9   bedroom -- the bedroom furniture in both the bedrooms,

10  the living room, the dining room.  Then there was, like,

11  a desk and computer, and then the washer and dryer in the

12  basement.  And, of course, clothes and stuff.

13      Q       Personal items were yours?

14      A       Yes.

15      Q       Food was yours?

16      A       Yes.

17      Q       Maybe we'll jump to that right now.  We've

18  exchanged some photographs in this lawsuit, and I think

19  you just confirmed what I thought, but we'll go through

20  them real quickly while we talk about it.

21                  MS. RHOADS:  So, Counsel, I'm

22              starting at Bates Met 00440.

23                  MR. MILANOWSKI:  You're starting at

24              440, you said?

Page 23

1                          MS. RHOADS:  Yes.

2    BY MS. RHOADS:

3          Q      I just want to confirm what Ms. Kelly told

4    me.  For example, on 440 there's a photograph entitled

5    "13 basement exercise room."

6                   Contents depicted in that photograph would

7    be all of yours; correct?

8          A      Yes.

9          Q      Then I'm jumping to 443.  I think that's the

10   same photo, but just to confirm, on the bottom it says,

11   "exercise room."  Those contents, including what looks to

12   be an elliptical and personal items, would have been

13   yours?

14         A      Yes.

15                      MR. MILANOWSKI:  What number was

16                that?

17                      MS. RHOADS:  443.

18   BY MS. RHOADS:

19         Q      Then 444 looks like a "laundry room and shoe

20   room" titled, and those items would be yours?

21         A      Yes.

22         Q      I'll jump to 446.  Looks like two pictures

23   of the shoe room, and all of those shoes would be yours?

24         A      Yes.

Page 24

```
1        Q      Same for 447?

2        A      Yes.

3        Q      Same for photos in 448?

4        A      Yes.

5        Q      Same for photos on 449?

6        A      Yes.

7        Q      And 449 it looks like there are now clothing

8   and a makeshift closet as well?

9        A      Yes.

10       Q      And those clothes would be yours?

11       A      Yes.

12       Q      450 looks like both the shoe room as well as

13   the laundry room, and you referenced a washer and dryer

14   so that would be yours?

15       A      Yes.

16       Q      And the soap and laundry products would be

17   yours?

18       A      Yes.

19       Q      456 looks to be pictures of the laundry room

20   as well as furnace room, and those clothing items or

21   personal items would be yours?

22       A      Yes.

23       Q      Now we're going to jump upstairs, 459.

24   Bottom photograph looks to be, I would guess, a living
```

Page 26

1     Q     Yes?

2     A     **I'm sorry.  Yes.**

3     Q     You're fine.  Everybody does it.

4           Items that would be depicted on that,

5     whether the items are on the desk or the chairs or

6     benches, those would be yours?

7     A     **Yes.**

8     Q     Now we're jumping to 462, which starts what

9     I'm going to call the "blue bedroom."  Whose is the blue

10    bedroom?

11    A     **CaSandra's.**

12    Q     There's a dresser and TV in that room.

13    Whose was that?

14    A     **The dresser was mine and the TV was**

15    **CaSandra's.**

16    Q     Would you like to take a break?

17    A     **Yes.  For a second.**

18                **(Pause in proceedings.)**

19    **BY MS. RHOADS:**

20    Q     We're back on the record, Ms. Gibson.  So

21    I'm going to move to the photos on 463.  That's that same

22    blue bedroom, which would be CaSandra's; correct?

23    A     **Yes.**

24    Q     The clothing items depicted in there, would

1   those be CaSandra's?

2          A      Some of them are mine and some are hers.

3   CaSandra didn't live with me consistently, because she

4   had a boyfriend.  And, you know, because I didn't like

5   him, he wasn't allowed in my house at all.

6          Q      All right.   464 I've called the "yellow

7   bedroom."

8          A      That's my bedroom.

9          Q      And that obviously depicts beds, linens,

10  clothing, as well as a dresser and TV.  Are those your

11  items?

12         A      Yes.

13         Q      Do you know where the TV was that Ms. Kelly

14  left in 2014?

15         A      The bedroom that CaSandra slept in.

16         Q      So back on Page 462, that TV depicted was

17  Ms. Kelly's?

18         A      Yes.

19         Q      466, we're back to the blue bedroom.  Any

20  personal items not affixed to the walls would be yours or

21  CaSandra's?

22         A      Yes.

23         Q      Including the bedroom linens, things like

24  that?

Page 28

1        **A**     **Yes.**

2            Q      I should say bedroom furniture, linens,

3   things like that.

4                   Jumping to 470, it looks to be a view of the

5   single bathroom.  There are a number of hygiene products.

6   Those would be yours?

7        **A**     **Yes.**

8            Q      How about towels and things like that?  Were

9   they all yours?

10       **A**     **Yes.**

11           Q      Jumping to 476, looks to be that front room

12   again.  The top photo shows a gray couch.  Was that the

13   one Ms. Kelly left?

14       **A**     **Yes.**

15           Q      Then jumping to 481, it looks like the

16   kitchen was painted orange.  Other than the stove and the

17   refrigerator, were any contents of the kitchen at the

18   time of this fire Ms. Kelly's?

19       **A**     **No.**

20           Q      So everything, whether it be pots, pans,

21   spoons, plates, glasses, food, they were all yours?

22       **A**     **Yes.**

23           Q      And I feel like I asked a bad question there

24   so I want to make sure I'm clear.

Page 29

1          Inside the kitchen the only thing that was

2    Ms. Kelly's was the stove and refrigerator?

3          A     Yes.

4          Q     The contents of those, cleaning items,

5    cooking items, eating items, or food were yours?

6          A     Yes.

7          Q     And 484 looks like maybe that desk and shelf

8    that you were referring to.

9          A     Yes.

10         Q     And those would be yours?

11         A     Yes.

12         Q     Including the chair?

13         A     Yes.

14         Q     And then 486 shows what looks like a dining

15   room table set?  On the bottom.

16         A     **Oh, on the bottom, yes.**

17         Q     And that would be yours?

18         A     Yes.

19         Q     And in the top photograph, it looks like one

20   of those chairs and a mantel and another chair and table.

21         A     Yes.

22         Q     Those would be yours?

23         A     Yes.

24         Q     You mentioned while we were off the record

1        Q      Do you recall when Ms. Kelly was last in the

2   Springer home before December 3rd, 2016?

3        A      No, I don't recall.  Because sometimes she

4   would, when she would come to Michigan -- and she would

5   come because her family was still there and then she

6   would come for work.  And she's really big on family, so

7   holidays.  When she would come for work without her

8   family, she would stay at the house.  But I can't really

9   say when's the last time because sometimes I wouldn't be

10  there because I had met Mr. Gibson.  I was spending a lot

11  of time in Ohio, so -- and then because I work midnights.

12  So she would come and sleep in my bedroom.  Or her

13  bedroom.  It's her bedroom.  She lived there also.

14              But I don't remember the last -- maybe the

15  summer, one of the summer months leading up to the fire.

16  But she would come sometimes one night.  She would never

17  stay any longer than one or two nights, so I really

18  didn't keep track.  Sometimes I'd see her, sometimes I

19  wouldn't.  We talked frequently, so things kind of ran

20  together.

21        Q      Were there times where you would see her,

22  but it wouldn't be at the house?

23        A      Yes.

24        Q      Where would you see her outside of the

Page 44

1        A     No.

2        Q     Do you know when you last paid her the $700

3  before this loss?

4        A     Probably November.  It could have been

5  December, because I usually paid around the first.

6        Q     What did you do?  Cash?  Check?

7        A     No.  Check, because I mailed it to her home.

8        Q     The home on Angel Falls?

9        A     Yes.

10       Q     Do you know who Donald Tabron, T-A-B-R-O-N,

11  is?

12       A     Donald?  Would that be one of the gentlemen

13  that did the repairs?  I don't know a last name.

14       Q     My understanding is he was her public

15  adjustor.

16       A     Okay.

17       Q     He would have dealt with Metlife.

18       A     I just know his name.  And I probably saw

19  him once or twice because I had to let him in the house

20  before she gave him the key.  But no . . .

21       Q     Has Ms. Kelly given you any money associated

22  with this loss?

23       A     No.

24       Q     Have you given her any money associated with

1    same page.

2                        (Exhibit A was marked.)

3    BY MS. RHOADS:

4        Q    Ms. Gibson, I've marked as Exhibit A of your

5    deposition, what I believe is the residential lease we

6    were talking about earlier.  For the record, it's Bates

7    stamped Met 00599 through Met 00603.  I'm placing that in

8    front of you.  Take a look at it for us, please, and tell

9    us if that is what you believe to be the lease you told

10   me about, and tell me if on the last page, if that is

11   your signature.

12       **A    Yes.**

13       Q    Okay.  So according to this, it looks like

14   it was signed on April 18th, and your move-in was

15   April 25th, 2014?

16       **A    Yes.**

17       Q    According to Paragraph 6, you were to put

18   the utilities in your name, which you did?

19       **A    Mm-hmm.**

20       Q    Yes?

21       **A    Yes.**

22       Q    During the timeframe from, say, that date of

23   April 25, 2014, to December 3, 2016, did anyone else

24   reside there other than yourself and CaSandra?

Page 47

1        A       No.

2        Q       You didn't have any subtenants or anybody

3    else coming and going, did you?

4        A       No.

5        Q       Did you ever speak to Eastpointe Fire

6    Department personnel?

7        A       No.

8        Q       Do you know if Ralph Kelly has any ownership

9    property in the Springer address?

10        A       No.  Beatrice bought that home before she

11    met Ralph, I believe.

12        Q       Do you know if he had any ownership in the

13    refrigerator, stove, couch, TV, or the items in the

14    garage?

15        A       I want to -- no, I don't know.

16        Q       Were you current on the utilities at the

17    time of the fire?

18        A       Yes.  I believe so, yes.  Now, the only

19    thing, sometimes the water bill, because it was in her

20    name, and I really didn't know how it went.  If you had a

21    balance right before the taxes were due, it would roll

22    over or something into her taxes.

23               So that happened once, but other than that,

24    I paid it.

Page 51

1    that was with that couch?

2         **A      It was like one piece.  So it looked like**

3    **a --**

4         Q      Oh, I see.  It was an L-shaped thing?

5         **A      Yes.**

6                  MS. RHOADS:  A chaise?

7                  THE WITNESS:  Yes.  It was attached,

8                  though.  It wasn't separate.

9    BY MR. MILANOWSKI:

10        Q      You talked a little bit about, I think you

11   said, mail related to insurance.

12                  Was there other mail that came addressed to

13   Beatrice while you were there?

14        **A      Yes.**

15        Q      Just general sort of mail?

16        **A      Yes.**

17        Q      I'm assuming utility bills came there.

18        **A      The utilities were in my name.**

19        Q      Anything else in terms of mail that she got

20   in general that you remember, types of mail?

21        **A      Not that I remember.**

22        Q      But it wasn't unusual --

23        **A      I mean, because I would just put it all**

24   **together and send it to her.  I didn't really look to see**