*EXHIBIT M*

| Form **1040** | Department of the Treasury - Internal Revenue Service (99) | **2015** | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space. |
| --- | --- | --- | --- | --- |

**U.S. Individual Income Tax Return**

For the year Jan. 1-Dec. 31, 2015, or other tax year beginning _____ ,2015, ending _____ ,20 ____

See separate instructions.

| Your first name and initial | Last name | Your social security number |
| --- | --- | --- |
| RALPH T | KELLY | ██████ 6173 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| --- | --- | --- |
| BEATRICE D | KELLY | ██████ 3430 |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
7560 ANGEL FALLS DR

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
MAINEVILLE OH 45039

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
| --- | --- | --- |
| | | |

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b  **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ If child under age 17 qualifying for child tax credit (see instructions) |
| --- | --- | --- | --- |
| OWEN A KELLY | ██████ 9192 | SON | ☒ |
| IAN T KELLY | ██████ 8429 | SON | ☒ |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you **2**
• did not live with you due to divorce or separation (see instructions) **0**
Dependents on 6c not entered above **0**

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ **4**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
| --- | --- | --- | --- |
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 209,488. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 217. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ____ 15a ____ b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a ____ b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a ____ b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right col for lines 7 through 21. This is your **total income** ▶ | 22 | 209,705. |

**Adjusted Gross Income**

| | | | |
| --- | --- | --- | --- |
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 209,705. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
BCA

Form **1040** (2015)

Form 1040 (2015)     RALPH T & BEATRICE D KELLY          ████ 6173     Page **2**

## Tax and Credits

| | | | |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 209,705. |

39a Check if: ☐ You were born before Jan. 2, 1951, ☐ Blind. ☐ Spouse was born before Jan. 2, 1951, ☐ Blind. Total boxes checked ▶ 39a ☐

b If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐

**Standard Deduction for-**
● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
● All others:
Single or Married filing separately, $6,300
Married filing jointly or Qualifying widow(er), $12,600
Head of household, $9,250

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 29,187. |
| 41 | Subtract line 40 from line 38 | 41 | 180,518. |
| 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 16,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 164,518. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 33,117. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | 33,117. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | 290. |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | 290. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 32,827. |

## Other Taxes

| | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 32,827. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| | | | | |
|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 31,752. | |
| 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| 66a | Earned income credit (EIC) | 66a | | |
| b | Nontaxable combat pay election | 66b | | |
| 67 | Additional child tax credit. Attach Form 8812 | 67 | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| 70 | Amount paid with request for extension to file | 70 | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 31,752. | |

## Refund

Direct deposit?
See instructions.

| | | | |
|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | |

▶ b Routing number
▶ c Type: ☐ Checking ☐ Savings
▶ d Account number

| | | | |
|---|---|---|---|
| 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ | 77 | |

## Amount You Owe

| | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 1,075. |
| 79 | Estimated tax penalty (see instructions) | 79 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No

Designee's name ▶ BENJAMIN F HOLLAWAY JR CPA   Phone no. ▶ 248-557-7883   Personal identification number (PIN) ▶ 45677

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation BANKER | Daytime phone number 586-879-6687

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation BANKER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| BENJAMIN F HOLLAWAY JR | | 04/04/2016 | | P00395746 |

Firm's name ▶ NATIONAL TAX SERVICES INC     Firm's EIN ▶ 38-2856334
Firm's address ▶ 17663 WEST TEN MILE ROAD
SOUTHFIELD MI 48075     Phone no. 248-557-7883

www.irs.gov/form1040
BCA

Form **1040** (2015)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.
▶ Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040
RALPH T & BEATRICE D KELLY

Your social security number
6173

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . | **1** | |
| | 2 | Enter amount from Form 1040, line 38   **2**   209,705. | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before Jan. 2, 1951, multiply line 2 by 7.5% (.075) instead | **3**   20,971. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . | **4** | |
| **Taxes You Paid** | 5 | State and local (check only one box): a [X] Income taxes, or | **5** | 13,771. |
| | | b [ ] General sales taxes | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . | **6** | 2,473. |
| | 7 | Personal property taxes . . . . . . . . . . . . | **7** | |
| | 8 | Other taxes. List type and amount ▶ AUTO REGISTRATION FEES | **8** | 360. |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . | **9** | 16,604. |
| **Interest You Paid**<br><br>**Note:**<br>Your mortgage interest deduction may be limited (see instructions). | 10 | Home mortgage interest and points reported to you on Form 1098 | **10**   3,395. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | **11** | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | **12** | |
| | 13 | Mortgage insurance premiums (see instructions) | **13** | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . | **15** | 3,395. |
| **Gifts to Charity**<br><br>If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . | **16**   4,524. | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **17**   4,664. | |
| | 18 | Carryover from prior year | **18** | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . | **19** | 9,188. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | **21** | |
| | 22 | Tax preparation fees . . . . . . . . . . . . | **22**   175. | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | **23** | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . . | **24**   175. | |
| | 25 | Enter amount from Form 1040, line 38   **25**   209,705. | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . | **26**   4,194. | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | **27** | |
| **Other Miscellaneous Deductions** | 28 | Other - from list in the inst. List type and amount ▶ | **28** | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950? | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | **29** | 29,187. |
| | | [ ] **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. ▶ | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . ▶ [ ] | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule A (Form 1040) 2015

BCA

## US Schedule A — Itemized Deduction Detail Worksheet — 2015

**Name:** RALPH T & BEATRICE D KELLY    **SSN:** ▮▮6173

### Medical Expenses

| | | Medical miles: | Deduction: |
|---|---|---|---|
| Insurance premiums paid (not pre-tax) | | Medicare from 1040 worksheet ........................ | |
| Taxpayer ............. | | Remainder from worksheets | |
| Spouse ............. | | Taxpayer ..................... | |
| Qualified long term care contracts | | Spouse ..................... | |
| Taxpayer ............. | | Self-employed health insurance | |
| Spouse ............. | | Taxpayer ..................... | |
| Other medical expenses | | Spouse ..................... | |
| MEDICAL & DENTAL EXP | | | |
| | | Amount from additional worksheets .................... | |
| | | Total ...................................... | |

### Cash Contributions

**50% Limit Organizations**    Other Charitable miles: _____ X .14 =

| | | | |
|---|---|---|---|
| WEST MASON | 1,820. | | |
| CITY GATES | 2,704. | | |
| | | From Schedules K-1............................ | |
| | | Amount from additional worksheets ................. | |
| | | Total ..................................... | 4,524. |

**30% Limit Organizations**    Charitable miles: _____ X .14 =

| | | | |
|---|---|---|---|
| | | Schedules K-1 | |
| | | Amount from additional worksheets | |
| | | Total ..................................... | |

**Other Than Cash Contributions**    **50% Limit Organizations**

| | | | |
|---|---|---|---|
| | | From Forms 8283 ............................ | 4,664. |
| | | Amount from additional worksheets .............. | |
| From Schedules K-1 | | Total ..................................... | 4,664. |

**30% Limit**    Capital gain property donated to 50% limit organizations.

| | | | |
|---|---|---|---|
| | | From Forms 8283 ............................ | |
| From Schedules K-1 | | Total ..................................... | |

**30% Limit**    Not capital gain property donated to 30% limit organizations.

| | | | |
|---|---|---|---|
| | | From Forms 8283 ............................ | |
| From Schedules K-1 | | Total ..................................... | |

**20% Limit Organization**    Capital gain property donated to 30% limit organizations.

| | | | |
|---|---|---|---|
| | | From Forms 8283 ............................ | |
| From Schedules K-1 | | Total ..................................... | |

### Contribution Carryovers

| | From years 2010 through 2015 | | | | To 2016 tax year | | | |
|---|---|---|---|---|---|---|---|---|
| | Cash and other property 50% | 30% | Capital gain property 30% | 20% | Cash and other property 50% | 30% | Capital gain property 30% | 20% |
| 2010 | | | | | | | | |
| 2011 | | | | | | | | |
| 2012 | | | | | | | | |
| 2013 | | | | | | | | |
| 2014 | | | | | | | | |
| 2015 | | | | | | | | |

### Contributions allowed this year

| | | |
|---|---|---|
| 50% of adjusted gross income ...................................................... | 104,853. | |
| This year's 50% organization cash contributions allowed................................. | | 9,188. |
| 30% of adjusted gross income ...................................................... | 62,912. | |
| This year's capital gain contributions to 50% organizations limited to 30% .................. | | |
| 50% cash carryover allowed ...................................................... | | |
| 50% capital gain carryover limited to 30% ............................................ | | |
| This year's 30% organization cash and other property contributions allowed................. | | |
| 30% organizations cash and other property carryover.................................... | | |
| 20% of adjusted gross income ...................................................... | 41,941. | |
| This year's capital gain contributions to 30% organizations limited to 20% .................. | | |
| 30% capital gain carryover limited to 20% AGI ........................................ | | |
| Total contributions allowed this year ............................................ | | 9,188. |

USWA5S$1

© 2015 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.

6173

## W-2 DETAIL REPORT - 2015

| Employer | EIN | TP\|SP | Gross Wages | Federal With. | FICA | Medicare | St | State Wages | State With. | Locality | Local With. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KEYBANK NATIONAL ASSOC | 34-0797057 | X | 70382 | 7692 | 4739 | 1108 | OH | 70382 | 2119 | MASON | 262 |
|  |  |  |  |  |  |  | OH |  |  | DAYTON | 1193 |
| FIFTH THIRD BANK | 31-0676865 | X | 139106 | 24060 | 7347 | 2124 | OH | 139106 | 5094 | CINCINNAT | 5094 |
|  |  |  | 209488 | 31752 | 12086 | 3232 |  | 209488 | 7213 |  | 6549 |

# US     **Estimated Tax Payments Made for the Current Tax Year**     **2015**

**Name:** RALPH T & BEATRICE D KELLY      **SSN:** ████ 6173

## Federal Estimated Tax Payments

| See note below | Date of payment | Amount of payment | Towards 04/15/2015 payment | Towards 06/15/2015 payment | Towards 09/15/2015 payment | Towards 01/15/2016 payment |
|---|---|---|---|---|---|---|
| From last year | | | | | | |
| D 04/15   1 | | | | | | |
| U 06/15   2 | | | | | | |
| E 09/15   3 | | | | | | |
| 01/15   4 | | | | | | |
| * Pay date | 04/15/2016 | | | | | |
| Totals | | | | | | |

* Fill in the pay date on Form 2210, page 1.

## State Estimated Tax Payments

**The day listed in the date of payment section is the due date for most state estimated tax payments. If your state has different due dates, disregard the date suggested. If payment 1 was paid on or before the date due for payment 1, enter it in payment 1, etc.
* Check the * column if payment 4 was paid before 01/01/2016.

## Taxpayer, Joint, or Combined State Return

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2015 Amount 1 | 06/15/2015 Amount 2 | 09/15/2015 Amount 3 | 01/15/2016 Amount 4 | * | Total |
| OH | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| State | | | |
|---|---|---|---|
| OH | State and/or local balance due from previous years' returns paid in 2015. Include amounts paid with a 2014 extension paid in 2015 ........................................................ | | 9. |
| | State and/or local balance due from previous years' returns paid in 2015. Include amounts paid with a 2014 extension paid in 2015 ........................................................ | | |
| OH | Last state estimate payment for 2014 paid in 2015 (due January 15, 2015)........................................ | | |
| | Last state estimate payment for 2014 paid in 2015 (due January 15, 2015)........................................ | | |

## Spouse Filing Married Separate State Tax Return or Second Full Year Resident State

| | | ** Date of Payment | | | | | |
|---|---|---|---|---|---|---|---|
| State | Credit from last year | 04/15/2015 Amount 1 | 06/15/2015 Amount 2 | 09/15/2015 Amount 3 | 01/15/2016 Amount 4 | * | Total |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

© 2015 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.      USWW2E$1

Form **2441**

## Child and Dependent Care Expenses

▶ Attach to Form 1040, Form 1040A, or Form 1040NR.

▶ Information about Form 2441 and its separate instructions
is at *www.irs.gov/form2441.*

| 1040 |
| 1040A |
| 1040NR 2441 |

OMB No. 1545-0074

**2015**

Department of the Treasury
Internal Revenue Service   (99)

Attachment
Sequence No. **21**

Name(s) shown on return

RALPH T & BEATRICE D KELLY

Your social security number

███████6173

**Part I**   **Persons or Organizations Who Provided the Care -** You must complete this part.
(If you have more than two care providers, see the instructions.)

| 1 (a)   Care provider's name | (b)   Address (number, street, apt. no., city, state, and ZIP code) | (c)   Identifying number (SSN or EIN) | (d)   Amount paid (see instructions) |
|---|---|---|---|
| THE GODDARD SCHOOL | 3613 SOCIALVILLE-FOSTER RD MASON      OH 45040 | 31-1465091 | 17,957. |

| Did you receive dependent care benefits? | No  ▶  Complete only Part II below. |
| | Yes  ▶  Complete Part III on page 2. |

**Caution.** If the care was provided in your home, you may owe employment taxes. If you do, you cannot file Form 1040A. For details,
see the instructions for Form 1040, line 60a, or Form 1040NR, line 59a.

**Part II**   **Credit for Child and Dependent Care Expenses**

2   Information about your qualifying person(s). If you have more than two qualifying persons, see the instructions.

| (a)   Qualifying person's name | | (b)   Qualifying person's social security number | (c)   Qualified expenses you incurred and paid in 2015 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| OWEN A | KELLY | ███████9192 | 6,704. |
| IAN T | KELLY | ███████8429 | 6,703. |

| | | | |
|---|---|---|---|
| 3  Add the amounts in column (c) of line 2. **Do not** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 31 . . . . . . | **3** | 1,450. |
| 4  Enter your earned income. See instructions . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 70,382. |
| 5  If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 . . . . . . . . . . . . . | **5** | 139,106. |
| 6  Enter the **smallest** of line 3, 4, or 5 . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 1,450. |
| 7  Enter the amount from Form 1040, line 38; Form 1040A, line 22; or Form 1040NR, line 37 . . . . . . . . . . |  **7**  |  209,705. | |

8   Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | |
|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is |
| $0-15,000 | | .35 | $29,000-31,000 | | .27 |
| 15,000-17,000 | | .34 | 31,000-33,000 | | .26 |
| 17,000-19,000 | | .33 | 33,000-35,000 | | .25 |
| 19,000-21,000 | | .32 | 35,000-37,000 | | .24 |
| 21,000-23,000 | | .31 | 37,000-39,000 | | .23 |
| 23,000-25,000 | | .30 | 39,000-41,000 | | .22 |
| 25,000-27,000 | | .29 | 41,000-43,000 | | .21 |
| 27,000-29,000 | | .28 | 43,000-No limit | | .20 |

**8**  X.    0.20

| | | |
|---|---|---|
| 9  Multiply line 6 by the decimal amount on line 8. If you paid 2014 expenses in 2015, see the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 290. |
| 10  Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions . . . . . . . .  **10**  33,117. | | |
| 11  **Credit for child and dependent care expenses.** Enter the smaller of line 9 or line 10 here and on Form 1040, line 49; Form 1040A, line 31; or Form 1040NR, line 47 . . . . . . . . . . . . . . | **11** | 290. |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2441** (2015)

BCA

Form 2441 (2015)  RALPH T & BEATRICE D KELLY  ████ 6173  Page **2**

| **Part III** | **Dependent Care Benefits** | | |
|---|---|---|---|
| 12 | Enter the total amount of **dependent care benefits** you received in 2015. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Do not** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership . . . . . . . . . . . | 12 | 4,550. |
| 13 | Enter the amount, if any, you carried over from 2014 and used in 2015 during the grace period. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Enter the amount, if any, you forfeited or carried forward to 2016. See instructions . . . . . . . . . . . | 14 | ( ) |
| 15 | Combine lines 12 through 14. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | 4,550. |

| | | 16 | 17,957. |
|---|---|---|---|
| 16 | Enter the total amount of **qualified expenses** incurred in 2015 for the care of the **qualifying person(s)** . . . . . . | | |
| 17 | Enter the **smaller** of line 15 or 16 . . . . . . . . . . | 17 | 4,550. |
| 18 | Enter your **earned income.** See instructions . . . . . . . . | 18 | 70,382. |
| 19 | Enter the amount shown below that applies to you. | | |
| | • If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions for line 5). ▶ . . | 19 | 139,106. |
| | • If married filing separately, see instructions. | | |
| | • All others, enter the amount from line 18. | | |
| 20 | Enter the **smallest** of line 17, 18, or 19 . . . . . . . . . | 20 | 4,550. |
| 21 | Enter $5,000 ($2,500 if married filing separately **and** you were required to enter your spouse's earned income on line 19) . . . | 21 | 5,000. |
| 22 | Is any amount on line 12 from your sole proprietorship or partnership? (Form 1040A filers go to line 25.) | | |
| | ☒ **No.** Enter -0-. | | |
| | ☐ **Yes.** Enter the amount here . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Subtract line 22 from line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | 4,550. |
| 24 | **Deductible benefits.** Enter the **smallest** of line 20, 21, or 22. Also, include this amount on the appropriate line(s) of your return. See instructions . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | **Excluded benefits. Form 1040 and 1040NR filers:** If you checked "No" on line 22, enter the smaller of line 20 or line 21. Otherwise, subtract line 24 from the smaller of line 20 or line 21. If zero or less, enter -0-. **Form 1040A filers:** Enter the **smaller** of line 20 or line 21 . . . . . . . . . . . . . . | 25 | 4,550. |
| 26 | **Taxable benefits. Form 1040 and 1040NR filers:** Subtract line 25 from line 23. If zero or less, enter -0-. Also, include this amount on Form 1040, line 7, or Form 1040NR, line 8. On the dotted line next to Form 1040, line 7, or Form 1040NR, line 8, enter "DCB." **Form 1040A filers:** Subtract line 25 from line 15. Also, include this amount on Form 1040A, line 7. In the space to the left of line 7, enter "DCB" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | |

To claim the child and dependent care credit, complete lines 27 through 31 below.

| 27 | Enter $3,000 ($6,000 if two or more qualifying persons) . . . . . . . . . . . . . . . . . . . . | 27 | 6,000. |
|---|---|---|---|
| 28 | **Form 1040 and 1040NR filers:** Add lines 24 and 25. **Form 1040A filers:** Enter the amount from line 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | 4,550. |
| 29 | Subtract line 28 from line 27. If zero or less, **stop.** You cannot take the credit. **Exception.** If you paid 2014 expenses in 2015, see the instructions for line 9 . . . . . . . . . . . . | 29 | 1,450. |
| 30 | Complete line 2 on page 1 of this form. **Do not** include in column (c) any benefits shown on line 28 above. Then, add the amounts in column (c) and enter the total here . . . . . . . . | 30 | 13,407. |
| 31 | Enter the **smaller** of line 29 or 30. Also, enter this amount on line 3 on page 1 of this form and complete lines 4 through 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | 1,450. |

Form **2441** (2015)

BCA

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ **Attach to your tax return.**
▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*

OMB No. 1545-0172

**2015**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RALPH T & BEATRICE D KELLY | SCH C | ▓▓▓▓6173 |

| Part I | Election To Expense Certain Property Under Section 179 |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. . . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than **line 11** . . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 . . . ▶ | **13** | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation (Do not include listed property.)   (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . | **16** | |

| Part III | MACRS Depreciation (Do not include listed property.) (See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | | | 40 yrs. | MM | S/L | |

| Part IV | Summary (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total:** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21 . Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | |

BCA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2015)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. | OMB No. 1545-0172 **2015** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562* | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RALPH T & BEATRICE D KELLY | SCH E | ████6173 |

**Part I    Election To Expense Certain Property Under Section 179**

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 . . . | **13** | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.)    (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . | **16** | |

**Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 . . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV    Summary  (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | |
| 22 | **Total:** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21 . . . Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions . . . | **22** | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . | **23** | |

BCA    **For Paperwork Reduction Act Notice, see separate instructions.**    Form **4562** (2015)

Page: 1

2015 ASSET DETAIL REPORT

6173

| Description | Date Acqd | Cost | Bus. Use. | 179+ Spec. | Basis | Method | Rec. Per. | Cv | Prior Depr. | Current Depr. | Next Year | Prior AMT | Current AMT | Gain/ Price | Sales Price | Date Sold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Form: SCH C** | | | | | | | | | | | | | | | | |
| Rental Property: N/A | | | | | | | | | | | | | | | | |
| Depreciation Class: Office equipment | | | | | | | | | | | | | | | | |
| In Service Year: 2009 | | | | | | | | | | | | | | | | |
| LAP TOP, EQU | 05/09 | 3604 | 100 | | 3604 | MACRS | 7.0 | HY | 3604 | | | | | | | |
| Form Totals: | | 3604 | | | 3604 | | | | 3604 | | | | | | | |
| **Form: SCH E** | | | | | | | | | | | | | | | | |
| Rental Property: (A) 1 16085 SPREGER | | | | | | | | | | | | | | | | |
| Depreciation Class: Real property residential rental | | | | | | | | | | | | | | | | |
| In Service Year: 2014 | | | | | | | | | | | | | | | | |
| SPREGER | 05/14 | 125000 | 100 | | 112500 | MACRS | 27.5 | MM | 2557 | | | 2557 | | | | STOP |
| Form Totals: | | 125000 | | | 112500 | | | | 2557 | | | 2557 | | | | |

| Form **8283** | **Noncash Charitable Contributions** | OMB No. 1545-0908 |
|---|---|---|
| (Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to your tax return if you claimed a total deduction**<br>**of over $500 for all contributed property.**<br>▶ Information about Form 8283 and its separate instructions is at *www.irs.gov/form8283.* | Attachment<br>Sequence No. **155** |

| Name(s) shown on your income tax return | Identifying number |
|---|---|
| RALPH T & BEATRICE D KELLY | ▮▮▮▮▮6173 |

**Note.** Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A. Donated Property of $5,000 or Less and Publicly Traded Securities -** List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

| Part I | Information on Donated Property- | If you need more space, attach a statement. |
|---|---|---|

| 1 | (a) Name and address of the donee organization | (b) If donated property is a vehicle (see instructions), check the box. Also enter the vehicle identification number (unless Form 1098-C is attached) | (c) Description of donated property (For a vehicle, enter the year, make, model, and mileage. For securities, enter the company name and the number of shares.) |
|---|---|---|---|
| A | GOODWILL INDUSTRIES<br>10600 SPRINGFIELD PIKE<br>CINCINNATI      OH 45215- | ☐ | CLOTHES,SHOES,SUITS,HH ITEM |
| B | GOODWILL INDUSTRIES<br>10600 SPRINGFIELD PIKE<br>CINCINNATI      OH 45215- | ☐ | CLOTHES,SHOES,SUITS,HH ITEM |
| C | GOODWILL INDUSTRIES<br>10600 SPRINGFIELD PIKE<br>CINCINNATI      OH 45215- | ☐ | CLOTHES,SHOES,SUITS,HH ITEM |
| D | GOODWILL INDUSTRIES<br>10600 SPRINGFIELD PIKE<br>CINCINNATI      OH 45215- | ☐ | CLOTHES,SHOES,SUITS,HH ITEM |
| E |  | ☐ |  |

**Note.** If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (e), (f), and (g).

|  | (d) Date of the contribution | (e) Date acquired by donor (mo., yr.) | (f) How acquired by donor | (g) Donor's cost or adjusted basis | (h) Fair market value (see instructions) | (i) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 05/05/2015 |  | PURCHASED | 3,003. | 1,158. | RESELL VALUE |
| B | 06/30/2015 |  | PURCHASED | 3,388. | 1,268. | RESELL VALUE |
| C | 11/30/2015 |  | PURCHASED | 3,199. | 1,214. | RESELL VALUE |
| D | 12/30/2015 |  | PURCHASED | 3,584. | 1,024. | RESELL VALUE |
| E |  |  |  |  |  |  |

| Part II | Partial Interests and Restricted Use Property - Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions). |
|---|---|

**2a** Enter the letter from Part I that identifies the property for which you gave less than an entire interest ▶ _____
If Part II applies to more than one property, attach a separate statement.

**b** Total amount claimed as a deduction for the property listed in Part I:   **(1)** For this tax year   ▶ _____
    **(2)** For any prior tax years   ▶ _____

**c** Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):
Name of charitable organization (donee)

_____

Address (number, street, and room or suite no.)

_____

City or town, state and ZIP code

**d** For tangible property, enter the place where the property is located or kept ▶ _____

**e** Name of any person, other than the donee organization, having actual possession of the property ▶ _____

|  |  | Yes | No |
|---|---|---|---|
| **3a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . |  |  |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? |  |  |
| **c** | Is there a restriction limiting the donated property for a particular use? . . . . . . . . . . . . . . . . . . . . . . . . |  |  |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **8283** (Rev. 12-2014)

BCA

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

## Passive Activity Loss Limitations
▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.
▶ Information about Form 8582 and its instructions is available at *www.irs.gov/form8582.*

OMB No. 1545-1008

**2015**

Attachment
Sequence No. **88**

Name(s) shown on return
RALPH T & BEATRICE D KELLY

Identifying number
6173

### Part I    2015 Passive Activity Loss
Caution: *Complete Worksheets 1, 2, and 3 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see
Special Allowance for Rental Real Estate Activities in the instructions.)

| | | | |
|---|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b ( | ) | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c ( | ) | |
| d Combine lines 1a, 1b, and 1c | | 1d | |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | |
|---|---|---|---|
| 2a Commercial revitalization deductions from Worksheet 2, column (a) | 2a ( | ) | |
| b Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b ( | ) | |
| c Add lines 2a and 2b | | 2c ( | ) |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 3a Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | | |
| b Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b ( | ) | |
| c Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c ( 1,592. ) | | |
| d Combine lines 3a, 3b, and 3c | | 3d | (1,592.) |

**4** Combine lines 1d, 2c, and 3d. If this line is zero or more, stop here and include this form with
your return; all losses are allowed, including any prior year unallowed losses entered on line 1c,
2b, or 3c. Report the losses on the forms and schedules normally used . . . . . . . . . . . . . . | **4** | (1,592.)

If line 4 is a loss and : ● Line 1d is a loss, go to Part II.
● Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
● Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

Caution: *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not**
complete Part II or Part III. Instead, go to line 15.

### Part II    Special Allowance for Rental Real Estate Activities With Active Participation
Note: *Enter all numbers in Part II as positive amounts. See instructions for an example.*

| | | | |
|---|---|---|---|
| 5 Enter the **smaller** of the loss on line 1d or the loss on line 4 . . . . . . . . . . . . . . . | | **5** | |
| 6 Enter $150,000. If married filing separately, see instructions . . . . | 6 | | |
| 7 Enter modified adjusted gross income, but not less than zero (see instructions) | 7 | | |
| Note: *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | |
| 8 Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . | 8 | | |
| 9 Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions. | | **9** | |
| 10 Enter the **smaller** of line 5 or line 9 . . . . . . . . . . . . . . . . . . . . . | | **10** | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

### Part III    Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities
Note: *Enter all numbers in Part III as positive amounts. See the example for Part II in the instructions.*

| | | | |
|---|---|---|---|
| 11 Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | | **11** | |
| 12 Enter the loss from line 4 . . . . . . . . . . . . . . . . . . . . . . . | | **12** | |
| 13 Reduce line 12 by the amount on line 10 . . . . . . . . . . . . . . . . . . | | **13** | |
| 14 Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 . . . . . . . | | **14** | |

### Part IV    Total Losses Allowed

| | | | |
|---|---|---|---|
| 15 Add the income, if any, on lines 1a and 3a and enter the total . . . . . . . . . . . . . | | **15** | |
| 16 **Total losses allowed** from all passive activities for 2015. Add lines 10, 14, and 15. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . | | **16** | |

For Paperwork Reduction Act Notice, see instructions.

Form **8582** (2015)

BCA

Form 8582 (2015)   RALPH T & BEATRICE D KELLY   ████ 6173   Page **2**

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

**Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ............ ▶ | | | | | |

**Worksheet 2 - For Form 8582, Line 2a and 2b** (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ............... ▶ | | | |

**Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| SCH E RENTAL | | | 1,592. | | 1,592. |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ........... ▶ | | | 1,592. | | |

**Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ............... ▶ | | | 1.00 | | |

**Worksheet 5 - Allocation of Unallowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| SCH E RENTAL | SCH E 23 | 1,592. | 1.0000 | 1,592. |
| | | | | |
| | | | | |
| | | | | |
| Total ............................ ▶ | | 1,592. | 1.00 | 1,592. |

BCA

Form **8582** (2015)

Form 8582 (2015)   RALPH T & BEATRICE D KELLY          ████6173   Page **3**

### Worksheet 6 - Allowed Losses   (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| SCH E RENTAL | SCH E 23 | 1,592. | 1,592. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 1,592. | 1,592. | |

### Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules   (See instructions.)

| Name of activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed Loss |
|---|---|---|---|---|---|
| **Form or schedule and line number to be reported on (see instructions):** _____ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule   ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . ▶ | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Form or schedule and line number to be reported on (see instructions):** _____ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule   . ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . . . ▶ | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Form or schedule and line number to be reported on (see instructions):** _____ | | | | | |
| **1a** Net loss plus prior year unallowed loss from form or schedule   ▶ | | | | | |
| **b** Net income from form or schedule . . . . . . . . . . ▶ | | | | | |
| **c** Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . . ▶ | | 1.00 | | | |

BCA                                                                    Form **8582** (2015)

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

| For the year Jan. 1–Dec. 31, 2016, or other tax year beginning | , ending | | See separate instructions. |
|---|---|---|---|

| Your first name | M.I. | Last name | Suffix | Your social security number |
|---|---|---|---|---|
| RALPH | T | KELLY | | ⬛⬛⬛ 6173 |

| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security number |
|---|---|---|---|---|
| BEATRICE | D | KELLY | | ⬛⬛⬛ 3430 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
7560 ANGEL FALLS DR

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
MAINEVILLE OH 45039

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ _____
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . .
b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . .
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| OWEN A KELLY | ⬛⬛ 9192 | SON | ☒ |
| IAN T KELLY | ⬛⬛ 8429 | SON | ☒ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Boxes checked on 6a and 6b  **2**
No. of children on 6c who:
• lived with you  **2**
• did not live with you due to divorce or separation (see instructions)  **0**
Dependents on 6c not entered above  **0**
Add numbers on lines above ▶  **4**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . | **7** | 227,818 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . | **8a** | |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | **9a** | |
| b | Qualified dividends . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | **10** | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | **14** | |
| 15a | IRA distributions . . . 15a | b Taxable amount . . . | **15b** | |
| 16a | Pensions and annuities . 16a | b Taxable amount . . . | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | **18** | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . | **19** | |
| 20a | Social security benefits . 20a | b Taxable amount . . . | **20b** | |
| 21 | Other income. List type and amount _____ | **21** | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 227,818 |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . . | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid    b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 227,818 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
BCA
Form **1040** (2016)

Form 1040 (2016)    RALPH T & BEATRICE D KELLY    6173    Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 227,818 |

| | | |
|---|---|---|
| **Tax and Credits** | **38** Amount from line 37 (adjusted gross income) | **38** 227,818 |
| | **39a** Check { You were born before January 2, 1952, ☐ Blind. } Total boxes if: { Spouse was born before January 2, 1952, ☐ Blind. } checked ▶ **39a** | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,300 | **b** If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ **39b** ☐ | |
| | **40** Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** 42,257 |
| | **41** Subtract line 40 from line 38 | **41** 185,561 |
| | **42** Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | **42** 16,200 |
| | **43** Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** 169,361 |
| | **44** Tax (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | **44** 34,407 |
| | **45** Alternative minimum tax (see instructions). Attach Form 6251 | **45** |
| | **46** Excess advance premium tax credit repayment. Attach Form 8962 | **46** |
| | **47** Add lines 44, 45, and 46 ▶ | **47** 34,407 |
| | **48** Foreign tax credit. Attach Form 1116 if required **48** | |
| | **49** Credit for child and dependent care expenses. Attach Form 2441 **49** 340 | |
| | **50** Education credits from Form 8863, line 19 **50** | |
| | **51** Retirement savings contributions credit. Attach Form 8880 **51** | |
| | **52** Child tax credit. Attach Schedule 8812, if required **52** | |
| | **53** Residential energy credits. Attach Form 5695 **53** 500 | |
| | **54** Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ **54** | |
| | **55** Add lines 48 through 54. These are your total credits | **55** 840 |
| | **56** Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | **56** 33,567 |
| **Other Taxes** | **57** Self-employment tax. Attach Schedule SE | **57** |
| | **58** Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | **58** |
| | **59** Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **59** |
| | **60a** Household employment taxes from Schedule H | **60a** |
| | **b** First-time homebuyer credit repayment. Attach Form 5405 if required | **60b** |
| | **61** Health care: individual responsibility (see instructions) Full-year coverage ☒ | **61** |
| | **62** Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | **62** |
| | **63** Add lines 56 through 62. This is your total tax ▶ | **63** 33,567 |
| **Payments** If you have a qualifying child, attach Schedule EIC. | **64** Federal income tax withheld from Forms W-2 and 1099 **64** 38,464 | |
| | **65** 2016 estimated tax payments and amount applied from 2015 return **65** | |
| | **66a** Earned income credit (EIC) **66a** | |
| | **b** Nontaxable combat pay election **66b** | |
| | **67** Additional child tax credit. Attach Schedule 8812 **67** | |
| | **68** American opportunity credit from Form 8863, line 8 **68** | |
| | **69** Net premium tax credit. Attach Form 8962 **69** | |
| | **70** Amount paid with request for extension to file **70** | |
| | **71** Excess social security and tier 1 RRTA tax withheld **71** | |
| | **72** Credit for federal tax on fuels. Attach Form 4136 **72** | |
| | **73** Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ **73** | |
| | **74** Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | **74** 38,464 |
| **Refund** Direct deposit? See instructions. | **75** If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | **75** 4,897 |
| | **76a** Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | **76a** 4,897 |
| | ▶ **b** Routing number 044000037 ▶ **c** Type: ☒ Checking ☐ Savings | |
| | ▶ **d** Account number 659073220 | |
| | **77** Amount of line 75 you want applied to your 2017 estimated tax ▶ **77** | |
| **Amount You Owe** | **78** Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | **78** |
| | **79** Estimated tax penalty (see instructions) **79** | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ **No**

Designee's name ▶ BENJAMIN F HOLLAWAY    Phone no. ▶ 248-557-7883    Personal identification number (PIN) ▶ 12112

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation BANKER | Daytime phone number 586-879-6687 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation BANKER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name BENJAMIN F HOLLAWAY | Preparer's signature BENJAMIN F HOLLAWAY | Date 03/27/2017 | Check ☐ if self-employed | PTIN P00395746 |
|---|---|---|---|---|
| Firm's name ▶ NATIONAL TAX SERVICES INC | | | Firm's EIN ▶ 38-2856334 | |
| Firm's address ▶ 17663 WEST TEN MILE SOUTHFIELD MI 48075 | | | Phone no. 248-557-7883 | |

Form **1040** (2016)