UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BEATRICE KELLY and
RALPH KELLY

          Plaintiff(s),

v.

METROPOLITAN GROUP PROPERTY AND
CASUALTY INSURANCE COMPANY

          Defendant(s).
_____/

Case No. 18-cv-10982

Judge Gershwin A. Drain

Magistrate Judge R. Steven Whalen

## NOTICE OF APPEAL

Notice is hereby given that __Plaintiffs, Beatrice Kelly and Ralph Kelly,__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on __February 21, 2019__.

Date: March 25, 2019

Counsel is: RETAINED

/s/Joseph L. Milanowski

P47335
Melamed, Dailey, Levitt & Milanowski, P.C.
26611 Woodward Avenue
Huntington Woods, MI 48070
(248) 591-5000
joemilanowski@mdlm-pc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.