UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEATRICE KELLY and
RALPH KELLY,

    Plaintiffs,

v.

    Case No. 2:18-cv-10982
    Hon. Gershwin A. Drain
    Magistrate Judge R. Steven Whalen

METROPOLITAN GROUP
PROPERTY AND CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

| MELAMED, DAILEY, LEVITT & MILANOWSKI, P.C. | SEGAL McCAMBRIDGE SINGER & MAHONEY |
|---|---|
| By: Joseph L. Milanowski (P47335) | By: Kerry Lynn Rhoads (P55679) |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| 26611 Woodward Avenue | 29100 Northwestern Highway, Suite 240 |
| Huntington Woods, MI 48070 | Southfield, MI 48034 |
| T: (248) 591-5000  F: (248) 541-9456 | T: (248) 994-0060/F: (248) 994-0061 |
| joemilanowski@mdlm-pc.com | krhoads@smsm.com |

_____/

**CERTIFICATE OF SERVICE**

    I, Lisa M. Borowicz, certify that on March 25, 2019 I electronically filed the foregoing paper with the CM/ECF System for the U. S. District Court, Eastern District of Michigan, Southern Division, which will effectuate service of the same upon all attorneys of record.

I declare that the statements above are true to the best of my information, knowledge and belief.

/s/Lisa M. Borowicz
Lisa M. Borowicz
lisa@mdlm-pc.com
(248) 591-5000